UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL AMADOR, JR., | Case No. 5:20-cv-1575-JWH (MAR) |
| Plaintiff, | |
| v. | ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| COUNTY OF SAN BERNARDINO, ET AL., | |
| Defendant(s). | |

1       Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the
2 relevant records on file, and the Report and Recommendation of the United States
3 Magistrate Judge.  No objections have been filed.  The Court accepts the findings and
4 recommendation of the Magistrate Judge.

5       **IT IS THEREFORE ORDERED** that Judgment be entered dismissing this
6 action without prejudice.

7       **IT IS SO ORDERED.**

9 Dated:  October 5, 2021

                                                     HONORABLE JOHN W. HOLCOMB
                                                     United States District Judge