JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL AMADOR, JR., | Case No. 5:20-cv-1575-JWH (MAR) |
| Plaintiff, | |
| v. | JUDGMENT |
| COUNTY OF SAN BERNARDINO, ET AL., | |
| Defendant(s). | |

1     Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

    It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that this action is **DISMISSED without prejudice**.

    **IT IS SO ORDERED.**

Dated: October 5, 2021

HONORABLE JOHN W. HOLCOMB
United States District Judge